October 13, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

CITY OF ROSENBERG, Appellant

NO. 14-15-00745-CV                          V.

THE STATE OF TEXAS, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the order signed by the court below on September 1, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, City of Rosenberg.

We further order this decision certified below for observance.